**John J. BOWSER, David B. Bowser, Carl E. Bowser and Amy B. Wherley, Petitioner**

v.

**George L. BEBOUT and Peggy A. Bebout, his wife, Respondent**

**No. 729 MAL 2016**

Supreme Court of Pennsylvania.

February 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

---

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Josue FAURELUS, Petitioner**

**No. 710 MAL 2016**

Supreme Court of Pennsylvania.

February 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.